■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO RODRIGUEZ, Appellant. [633 NYS2d 506] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Demakos, J.), rendered August 24, 1993, convicting him of murder in the second degree and assault in the first degree, upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant. [633 NYS2d 1010] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered April 20, 1993, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient evidence to establish beyond a reasonable doubt that the defendant was acting in concert with the codefendant in the murder of the victims *(see, People v Whatley,* 69 NY2d 784; *People v Armistead,* 178 AD2d 607; *People v McLeod,* 168 AD2d 461). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).* The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Bracken, Sullivan and Rosenblatt, JJ., concur.